**Signed and Filed: May 18, 2015**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 15-30454 HLB
                                          )
ANGELIA GREEN,                            ) Chapter 13
                                          )
                    Debtor.               )
_____)

**AMENDED[1] ORDER DENYING MOTION FOR RELIEF FROM STAY AS MOOT AND OVERRULING EVIDENTIARY OBJECTIONS AS MOOT**

This matter came before the Court for a hearing on May 14, 2015 on Creditor Deutsche Bank National Trust Company's Motion for Relief from Stay (the "Motion"). Debtor has opposed the Motion. Debtor also objects to the evidence attached to the Motion (the "Evidentiary Objections"). Upon due consideration, and for the reasons stated on the record, the Motion is **DENIED AS MOOT**, and the Evidentiary Objections are **OVERRULED AS MOOT**.

**\*\*END OF ORDER\*\***

_____

[1] Amended to correct name of creditor.

ORDER DENYING MOTION FOR RELIEF
FROM STAY AS MOOT AND OVERRULING
EVIDENTIARY OBJECTIONS AS MOOT                    - 1 -

## Court Service List

[None]